IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL R. LEMONS,<br><br>　　　　Defendant. | )<br>)<br>)　Cr. No.  1-08-10102<br>)<br>)<br>)<br>)　18 U.S.C. § 922(g)<br>)<br>)<br>)<br>) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 2, 2008, in the Western District of Tennessee, the defendant,

------------------------------------**MICHAEL R. LEMONS**------------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess and receive a firearm which had been shipped and transported in interstate commerce, that is described as a Hi-Point, 9 mm caliber rifle, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL

s/Jury Foreperson

DATE: 9-15-08

s/ Assistant United States Attorney

No. _____ GJ # 2761

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TENNESSEE__

__EASTERN__ Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL R. LEMONS

## INDICTMENT

s/Jury Foreperson

Filed in open court this _____ day,

of _____ A.D. _____

_____
Clerk

Bail, $ _____