# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR. No. 08-10102-T/An |
| **vs.** ) | |
| ) | |
| **MICHAEL R. LEMONS** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the court for a Writ to have **MICHAEL R. LEMONS,** now being detained in the West Tennessee State Penitentiary, Henning, Tennessee appear before Magistrate Judge Edward G. Bryant on <B>Tuesday, January 20, 2009 at 10:00 a.m.</B> for the purpose of an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 10th day of December, 2008.

S/ James W. Powell
James W. Powell (BPR #09614)
Assistant U. S. Attorney
109 S. Highland Avenue, Suite 300
Jackson, TN 38301
(731)422-6220
James.Powell@usdoj.gov

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, West Tennessee State Penitentiary, Henning, Tennessee:

YOU ARE HEREBY COMMANDED to have **MICHAEL R. LEMONS** appear before Magistrate at the date and time aforementioned.

ENTERED this 22nd day of December, 2008.

s/ Edward G. Bryant
UNITED STATES MAGISTRATE JUDGE